ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 24 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:04-CR-165-K |
| ) | (3:05-CV-0965-K) |
| JUSTIN LONGMIRE, ) | |
| Defendant/Movant. ) | |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Justin Longmire's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. The District Court reviewed the proposed Findings, Conclusions, and Recommendation de novo. Finding no error, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 24 day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE
ED KINKEADE